UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TREVOR JAMES SULLIVAN,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**Case No. 3:24-cv-441-TKW/HTC**

**PHILIP SMITH, et al.,**

    **Defendants.**

                                       /

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 10). No objections were filed.[1]

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to comply with court orders. Accordingly, it is

**ORDERED** that:

1.　The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

---

[1] The copy of the Report and Recommendation that was mailed to Plaintiff's address of record was returned as undeliverable with the notation "not here, bonded out." Doc. 11. Plaintiff's failure to keep the Court apprised of his current address is another ground upon which dismissal could be based because it is tantamount to an abandonment of the case.

2. This case is **DISMISSED without prejudice** for failure to comply with court orders.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 13th day of January, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**